DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERNIE KIRK DALEY,**
Appellant,

v.

**DAKEISHA LASHON ROBERSON,**
Appellee.

No. 4D2024-1696

[October 30, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Leatha D. Mullins, Judge; L.T. Case No. 562022DR000988.

Troy William Klein, West Palm Beach, for appellant.

Ade Griffin of Griffin Inskeep Law, LLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and SHEPHERD, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***